VIRGINIA:

IN THE CIRCUIT COURT OF THE CITY OF PORTSMOUTH

ANN CREW,

    PLAINTIFF,

v.                                                        Case No.: CL12-0801

7-ELEVEN, INC.,

    DEFENDANT.

## ANSWER

COMES NOW the defendant, 7-Eleven, Inc., by counsel, and in response to plaintiff's Complaint filed herein states as follows:

1. That with regard to Paragraph One (1) of plaintiff's Complaint, this defendant admits the allegations contained therein.

2. That with regard to Paragraph Two (2) of plaintiff's Complaint, this defendant admits the allegations contained therein that at times relevant to this Complaint this defendant operated a business located at 1618 Indian River Road, Norfolk, Virginia that was open to the general public. The remaining allegations contain statements of law not requiring a response at this time.

3. That with regard to Paragraph Three (3) of plaintiff's Complaint, this defendant denies the allegations contained therein and strict proof is demanded.

4. That with regard to Paragraph Four (4) of plaintiff's Complaint, this defendant lacks sufficient information to either admit or deny the allegations contained therein, and they are therefore denied and strict proof is demanded.

5. That with regard to Paragraph Five (5) of plaintiff's Complaint, this defendant lacks sufficient information to either admit or deny the allegations contained therein, and they are therefore denied and strict proof is demanded.

6. That Paragraph Six (6) of plaintiff's Complaint is a statement of law not requiring a response at this time. To the degree a response is required, this defendant denies the allegations contained therein and strict proof thereof is demanded.

7. That this defendant denies that it is indebted to the plaintiff in the amount of ONE MILLION AND 00/100 Dollars ($1,000,000.00) or in any amount.

8. This defendant will rely on the defenses of contributory negligence, assumption of the risk and/or open and obvious condition, to the extent those defenses are supported by the evidence as obtained through discovery, investigation of otherwise.

9. That this defendant reserves their rights to assert additional defenses to this cause, affirmative or otherwise, if it is later determined that such defense is available to it.

10. To the extent that any allegation is not specifically admitted, it is denied.

WHEREFORE, the defendants, 7-Eleven, Inc., prays that this court dismiss the Complaint filed by the plaintiff, and enter judgment in favor of the defendant, allowing it attorney's fees and costs in this behalf expended.

7-ELEVEN, INC.

By: _____
Counsel

David L. Dayton (VSB#: 31177)
Kalbaugh, Pfund & Messersmith, P.C.
555 East Main Street, Suite 1200
Norfolk, Virginia 23510
(757) 623-4500
(757) 623-5700 – Facsimile
david.dayton@kpmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed first class postage prepaid, this 11th day of February, 2013, to:

John Cooper, Esquire
Cooper Hurley, PLLC
1100 Granby Street, Suite 100
Norfolk, VA 23502
*Counsel for the Plaintiff*

_____
David L. Dayton